

**ORDERED in the Southern District of Florida on December 30, 2022.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 22-19445-RAM

Maria Lourdes Hernandez  CHAPTER 13

_____Debtor(s)_____/

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO CONTINUE AUTOMATIC STAY

This case came before this Court on December 29, 2022, at 10:00 AM upon the Debtor's Expedited Motion to Continue and Extend the Automatic Stay (D.E. #6). For the reasons stated orally and in open court, it is ORDERED:

1. The Motion to Continue the Automatic Stay is GRANTED.

2. The Automatic Stay shall be extended and continue in effect as to all the creditors of the Debtor for the full length of the bankruptcy according to 11 U.S.C. § 362(a).

3. All payments made are vested and non-refundable to the Debtor(s).

###

Attorney Blanco shall send a conformed copy of this instant Order to all affected parties and file a certificate of service within the time required by the Local Rules.

Respectfully Submitted: **JOSE A. BLANCO, P.A.,** Jose A. Blanco, Esq. 102 E 49th ST, Hialeah, FL 33013