UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: Maria Lourdes Hernandez                                  Case # 22-19445-RAM

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.

___ **Objection to Exemption (specifics to be filed)** to be heard with confirmation at 1:30 pm not at 9:00 am
___ Fee application needed (see court guideline 6)
✓ Ch 7 is $ **10,614.88**   may increase as documents not provided ☐ Tax refund  ☐ Valuations  ✓ Other **transfers to Trust**
___ Good faith payment to unsecured creditors
___ Income understated per debtor's stubs $____ taxes $____ co-debtor stubs $____ taxes $____
✓ Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI
___ Spouse's pay advices ☐ Spouse's income not included on Schedule I or CMI
___ Schedule J Expenses: ☐ Provide Proof  line _____  ☐ Objectionable Line _____
         ☐ Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
___ Expenses: documentation/calculation: CMI Form B122C-1 line _____
     CMI Form B122C-2 line _____

___ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $____
     ☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $____)
☐ Feasibility or ☐ plan payments reduce month ____ or ☐ balloon payment
___ Plan does not conform to Applicable Commitment Period < 36 months< 60 months
___ Info on transfer  SOFA _____ undisclosed _____ ☐ provide Tolling Agreement(s)
Other:
**Credit Card payment Trust 11/3 $1058.96  10/6 $1875.44 — trans/u or current monthly — Provide copies of statement paid**

☐ Reserve right to Recall                                               ☐ Plan includes 100% Language
☐ Documents not provided at least 7 days prior to meeting of creditors for proper review
**On or before 5 pm on  JAN 2 7 2023 , all documents/explanations with documented back up must be received/filed to avoid dismissal.** If documents are not timely filed/received by the trustee, the trustee may seek dismissal of this case. ***IMPORTANT NOTICE:*** *The debtor or debtor's attorney must appear at the confirmation hearing even if they agree to the recommendation.* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. ***Attorneys must upload all documents to Trustee through 13Documents.com.***

***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BETWEEN 9 AM AND 2PM THE THURSDAY PRIOR TO THE CONFIRMATION HEARING TO RESOLVE ALL OUTSTANDING ISSUES.***
         I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL. 33027

RE: Maria Lourdes Hernandez                                                                                    Case # 22-19445 RAM

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows: Reviewed documents received prior to: 1/6/23

Tax returns:                                     Corporate Tax Returns:

Photo ID/SS card - Legible/Unredacted            LF 90              LF 67      LF 10

Plan does not fund properly

Calculation errors    Missing months/amounts    Inconsistent terms    Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

Missing 2016(B)                                  Missing signed copy of the Attorney's Declaration

✓ Other provisions: ✓ IVL         100%     Lawsuit     Gambling     MMM

Reaffirm, redeem or surrender Sch D or G creditor:

MMM Motion not filed   ✓ Valuation motion not filed         Lien Avoidance Motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

Creditor paid through the Plan has not filed a POC:

Object or Conform to Proof of Claim:   Miami-Dade County     Tax Certificate (DE#   )     Dept of Revenue

IRS

✓ OTHER PLAN ISSUES: Amend plan to disclose case number

Amend plan to correct valuation selection in section I


Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

Vehicles FMV (NADA/Carmax), Reg and Payoff:

Other:

✓ Bank Account Statements    3 months pre-petition #4104 (9/10/2022 - 10/20/2022)


Copy of check(s) and/or explanation:

Explanation of withdrawal(s):

401K/Retirement/Pension            Annuity                    Life Insurance Policy

Domestic Support Obligation form complete with info: name, address and phone

Wage deduction order or Motion to waive

BDQ & attachments          Profit/loss     Balance Sheet

Business Bank statements and checks    3 months pre-petition


✓ Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*