UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Ayme Cardenas                                        Case No.: . 23-10455-RAM
                                                               Chapter 13

_____Debtor(s)_____/

## MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES NOW the Debtor, Ayme Cardenas, by and through the undersigned counsel, and files this Motion to Waive the Wage Deduction Order and as grounds therefore states:

1. The Debtor works as an Operator at a small company and has had very few hours lately.
2. The Debtor is traveling under an unsecured-only plan.
3. The Debtor has been advised of the risks involved in waiving the wage deduction order but still feels a waiver is the Debtor's best interest.

WHEREFORE the Debtor, Ayme Cardenas, respectfully requests that this Honorable Court enter an order waiving the requirement that the chapter 13 plan payment be paid directly by the Debtor's employer.

I HEREBY I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:              **Jose A. Blanco, P.A.**
May 3, 2023                          By: */s/ Jose A. Blanco* | FBN: 062449
                                     Attorney for Debtor(s)
                                     102 E 49th ST
                                     Hialeah, FL 33013,
                                     Tel. (305) 349-3463
                                     E-mail: jose@blancopa.com