UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Maria Lourdes Hernandez               Case No.: 22-19445-RAM
                                                Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Value and Notice of Hearing was sent to all parties on the attached service list on May 3, 2023.

Electronically: Nancy K. Neidich, Trustee; Raychelle A Tasher, Esq. for USA / SBA

First Class Mail:

Debtor(s), Maria Lourdes Hernandez
9172 Collins Ave, Apt. 302
Miami Beach, FL 33154

Honorable Merrick B. Garland, Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

Honorable Markenzy Lapointe
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

U.S. Attorney's Office
c/o Civil Process Clerk
99 N.E. 4th Street
Miami, Fl. 33132

U.S. Small Business Administration
Garrett Remick Lenox, Paralegal
200 W. Santa Ana Blvd., Ste 740
Santa Ana CA 92701

U. S. Small Business Administration
c/o Isabella Casillas Guzman, Administrator
2 North Street, Suite 320
Birmingham, AL 35203

U. S. Small Business Administration
c/o Isabella Casillas Guzman, Administrator
409 3rd St, SW.
Washington, DC 20416

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: */s/ Jose A. Blanco*  | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463