

ORDERED in the Southern District of Florida on May 11, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Maria Hernandez,                                  Case No. 22-19445-RAM
         Debtor(s)                                         Chapter 13
_____/

### ORDER AVOIDING JUDICIAL LIEN OF CONSOLIDATED ASSET MANAGEMENT I, LLC ON HOMESTEAD

THIS MATTER, came to be heard on the court's consent calendar on May 9, 2023, upon the Debtor's Motion to Avoid Judicial Liens of CONSOLIDATED ASSET MANAGEMENT I, LLC [ECF#56], pursuant to Section 522 (f) and the Court having reviewed the Motion and the Court file, and being otherwise fully advised in the premises, it is,

ORDERED AND ADJUDGED:

1. The Motion to Avoid Judicial Liens of CONSOLIDATED ASSET MANAGEMENT I, LLC is GRANTED.

2. The Judgments are avoided pursuant to 11 U.S.C. § 522(f) and Article X, Section 4(a), of the Florida Constitution, and the liens no longer exist against the Property. This order also applies to any re-recordings of the Judgments.

3. Therefore, the judicial lien held by CONSOLIDATED ASSET MANAGEMENT I, LLC in and on Debtor's homestead located at 9172 Collins Ave, Apt. 302, Miami Beach, FL 33154, entered of record at Official Records Book 27159 Pg 4768 recorded January 26, 2010, in the public records of Miami Dade County, Florida, be and hereby is cancelled.

4. The homestead described is further legally described as follows:

   **Folio No.: 14-2235-044-0690**
   **Condominium Unit# 302, of THE WAVERLY AT SURFSIDE BEACH CONDOMINIUM, according to the Declaration of Condominium thereof recorded October 27, 2004 in Official Records Book 22770 at Page 241 of the Public Records of Miami-Dade County, Florida and any amendments thereto, together with an undivided share in common elements appurtenant thereto.**

                                             ###

Respectfully submitted by:
**JOSE A. BLANCO, P.A.**
Jose A. Blanco | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463

Debtor's counsel's is hereby directed to serve a copy of this order on all interested parties immediately upon receipt.