

**ORDERED in the Southern District of Florida on May 17, 2023.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Maria Hernandez,                     Case No.: 22-19445-RAM-
                                                Chapter 13
           _____Debtor(s)._____/

## ORDER CONTINUING MOTION TO VALUE

**THIS MATTER** having come to be heard on May 9, 2023, at 9:00 AM upon Debtor's Motion to Value of the U.S. Small Business Administration on Real Property [ECF#43], and based upon the record, IT IS;

**ORDERED:**

1. The Motion is continued to: June 13, 2023, at 9:00 AM by VIDEO CONFERENCE. To participate, You must register in advance no later than 3:00 PM, one business day before the hearing. To register, click on or enter the following registration link in a browser:
**Honorable Robert A. Mark
Chapter 13 Calendars (only)
Registration
Link: https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0**

# # #

Submitted By:
Jose A. Blanco, Esq.
**JOSE A. BLANCO, P.A.**
102 E 49 ST,
Hialeah, FL 33013
Tel.:     (305) 349-3463
Fax :    (786) 567-5057
Email: jose@blancopa.com

Jose A. Blanco, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.