UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Maria Lourdes Hernandez                    Case No.: 22-19445-RAM
                                                     Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Continuing Motion to Value and Notice of Hearing was sent to all parties on the attached service list on May 19, 2023.

Electronically: Nancy K. Neidich, Trustee; Raychelle A Tasher, Esq. for USA / SBA

First Class Mail:

Honorable Merrick B. Garland, Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

U.S. Small Business Administration
c/o Garrett Remick Lenox, Paralegal Spec.
200 W. Santa Ana Blvd., Ste 740
Santa Ana CA 92701

U.S. Attorney's Office
c/o Civil Process Clerk
99 N.E. 4th Street
Miami, Fl. 33132

Honorable Markenzy Lapointe
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

Debtor(s), Maria Lourdes Hernandez
9172 Collins Ave, Apt. 302
Miami Beach, FL 33154

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: */s/ Jose A. Blanco*  | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463

Case 22-19445-RAM    Doc 82    Filed 05/19/23    Page 2 of 2